ORDERED.

**Dated:  March 14, 2025**

_____
Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov**

IN RE:

Vernita Morris

Debtor.
_____

CASE NO.: 6:24-bk-05516-LVV
Chapter 13

**ORDER SUSTAINING OBJECTION TO
CLAIM (#10) FILED BY LVNV FUNDING, LLC**

THIS CASE came on for consideration of the Objection to Claim (#10) Filed by LVNV Funding, LLC (Doc. No. 23) filed pursuant to the negative notice provisions of Local Rule 2002-4. The Court, considering the Objection and the absence of any record objection to the relief requested in the Objection by any party in interest, deems the Objection to be uncontested.

Accordingly, it is **ORDERED**:

1. Debtor's Objection to Claim (#10) filed by LVNV Funding, LLC is sustained.

2. LVNV Funding, LLC's Claim (#10) is disallowed as the claim is time-barred.

Attorney Ronnald Mejia is directed to serve a copy of this order on interested parties who are non CM/ECF users and file a proof of service within 3 day of entry of this order.