# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:                                          CASE NO: 6:24-bk-05516-LVV
                                                CHAPTER: 13
**Vernita Morris**
    Debtor.
_____/

## MOTION TO VACATE MORTGAGE MODIFICATION MEDIATION ORDER AND COMPEL DEBTOR TO FILE A MODIFIED CHAPTER 13 PLAN

**COMES NOW**, NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"), by and through its undersigned counsel, hereby files its Motion to Vacate Mortgage Modification Mediation Order and Compel Debtor to File a Modified Chapter 13 Plan and, in support thereof states as follows:

1. Debtor, Vernita Morris, filed a Voluntary Chapter 13 proceeding pursuant to the United States Bankruptcy Code ("Bankruptcy Code") with this Court on October 13, 2024.

2. Secured Creditor holds a Mortgage on the Debtor's property located at 16760 Cedar Crest Drive, Orlando, FL 32828 ("Property"), recorded in the Clerk of Court of Orange County, Florida.

3. Debtor filed a Motion for Referral to Mortgage Modification Mediation on January 8, 2025 (Docket Entry 17).

4. An Order Granting Debtor's Motion for Referral to Mortgage Modification Mediation Order was entered on January 13, 2025 (Docket Entry 18).

5. Despite the entry of the Order, Debtor has failed to open the Portal as of the date of this Motion.

6. Secured Creditor submits this is not a good faith use of the Mortgage Modification Mediation Program.

7. Secured Creditor requests Debtor file a modified Chapter 13 Plan to either conform to Proof of Claim 11-1 or surrender the property.

8. Secured Creditor respectfully requests this Court enter an Order Vacating the Mortgage Modification Mediation Order (Docket Entry 18) and Compelling Debtor to Modify their Chapter 13 Plan to either conform to Proof of Claim 11-1 or surrender the property.

**WHEREFORE**, Movant requests that this Court enter an Order Granting Secured Creditor's Motion to Vacate and to Compel Debtor to Modify Plan, and requiring that Debtor file a Modified Plan to either confirm to Proof of Claim 11-1 or surrender the property within fourteen (14) or this Case will be dismissed and any other relief as it deems just and proper.

Respectfully Submitted,

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
Authorized Agent for Secured Creditor
6409 Congress Ave, Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: */s/ Giselle Velez*
Giselle Velez, Esq.
Florida Bar Number 71004
Email: gvelez@raslg.com

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a true and correct copy of the Motion To Vacate Mortgage Modification Mediation Order And Compel Debtor To File A Modified Chapter 13 Plan was delivered to the addresses on the attached mailing list by First Class U.S. mail postage pre-paid, and/or by Electronic Filing on this 7th day of April, 2025.

Vernita Morris
2055 Spruce Avenue
West Palm Beach, FL 33407

Ronnald R. Mejia, Esquire
Ronnald Mejia, P.A.
1060 Woodcock Road
Orlando, FL 32803

Laurie K. Weatherford, Chapter 13 Trustee
Post Office Box 3450
Winter Park, FL 32790

U.S. Trustee
United States Trustee – ORL7/13,7
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

          Respectfully Submitted,

          ROBERTSON, ANSCHUTZ, SCHNEID,
          CRANE & PARTNERS, PLLC
          Authorized Agent for Secured Creditor
          6409 Congress Ave, Suite 100
          Boca Raton, FL 33487
          Telephone: 561-241-6901
          Facsimile: 561-997-6909

          By: */s/ Giselle Velez*
          Giselle Velez, Esq.
          Florida Bar Number 71004
          Email: gvelez@raslg.com